IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORTHERN NEW MEXICANS PROTECTING
LAND WATER AND RIGHTS,

      Plaintiff,

vs.                                                                                              No. CIV 15-0559 JB/LF

UNITED STATES OF AMERICA, and SALLY
JEWELL, Secretary, U.S. Department of Interior,
KEVIN WASHBURN, Assistant Secretary, Bureau
of Indian Affairs, WILLIAM WALKER, Regional
Director, Bureau of Indian Affairs, Southwest
Office, RAYMOND FRY, Superintendent,
Northern Pueblo Agency,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed January 29, 2015 (Doc. 33)("MOO").  In the MOO, the Court dismissed without prejudice the Plaintiff's Complaint for Judicial Review Under the Administrative Procedures Act, 5 U.S.C. § 706; for Declaratory and Injunctive Relief Pursuant to 28 U.S.C. § 2201; and for a Violation of Equal Protection Under the Law, filed June 30, 2015 (Doc. 1), for lack of jurisdiction.  See MOO at 53-54.  Pursuant to rule 58 of the Federal Rules of Civil Procedure, the Court enters final judgment.

**IT IS ORDERED** that final judgment is entered in favor of the Defendants on all of Plaintiff Northern New Mexicans Protecting Land Water and Rights' claims, and the Complaint for Judicial Review Under the Administrative Procedures Act, 5 U.S.C. § 706; for Declaratory and Injunctive Relief Pursuant to 28 U.S.C. § 2201; and for a Violation of Equal Protection

- 2 -

Under the Law, filed June 30, 2015 (Doc. 1), is hereby dismissed without prejudice for lack of jurisdiction.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

A. Blair Dunn
Dori E. Richards
Western Agriculture Resource and Business Advocates, LLP
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Damon P. Martinez
  United States Attorney
Ruth Fuess Keegan
Karen Grohman
  Assistant United States Attorneys
Albuquerque, New Mexico

-- and --

John C. Cruden
  Assistant Attorney General
Andrew A. Smith
United States Department of Justice
Environment and Natural Resources Division
Albuquerque, New Mexico

    *Attorneys for the Defendants*